EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NAVIN KHANNA, aka Lovin Khanna, TINU KHANNA, aka Gagan Khanna, DANIEL DOLAN, CHI MO, aka David Mo, WRIGHT LOUIS MOSLEY, ISHU LAKRA, TOU SUE VANG, ANDREW VANG, and MONICA MOUA,<br><br>        Defendants. | Case No.: 2:22-CR-0213 KJM<br><br>REQUEST AND [~~PROPOSED~~] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285<br><br>Judge: Hon. Kimberly J. Mueller |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA**

This is to authorize and direct you to furnish the above-named defendant, Ishu Lakra, with air transportation from Newark, New Jersey to Sacramento, California, on or around December 15, 2022, upon the scheduling of his initial appearance with this Court. This order includes airfare as well as ground transportation from Mr. Lakra's home in New Jersey to the commercial airport in Newark, New Jersey, from the commercial airport in Sacramento, California to the District Court in Sacramento, and ground transportation for the return trip from the District Court in Sacramento to the Sacramento airport, and from the Newark, New Jersey airport to Mr. Lakra's home.

This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: November 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE