THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIN KHANNA, aka Lovin Khanna, TINU KHANNA, aka Gagan Khanna, DANIEL DOLAN, CHI MO, aka David Mo, WRIGHT LOUIS MOSLEY, ISHU LAKRA, TOU SUE VANG, ANDREW VANG, and MONICA MOUA,<br><br>Defendants. | Case No.: 2:22-CR-0213 KJM<br><br>**REQUEST AND ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285**<br><br>**Judge: Hon. Kimberly J. Mueller** |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA**

This is to authorize and direct you to furnish the above-named defendant, Ishu Lakra, with air transportation from Newark, New Jersey to Sacramento, California, on or around December 18, 2022, to attend his initial appearance with this Court on December 19, 2022 at 2:00 p.m.. This order includes airfare as well as ground transportation from Mr. Lakra's home in New Jersey to the commercial airport in Newark, New Jersey, from the commercial airport in Sacramento, California to the District Court in Sacramento, and ground transportation for the return trip from the District Court in Sacramento to the Sacramento airport, and from the Newark, New Jersey airport to Mr. Lakra's home.

This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated:  December 7, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

REQUEST AND ORDER FOR
TRANSPORTATION ORDER PURSUANT
TO 18 U.S.C. §4285
CASE NO.: 2:22-CR-0213 KJM