TAMARA SOLOMAN
THE LAW OFFICE OF TAMARA L. SOLOMAN
P.O. Box 5482
El Dorado Hills, California 95762
Telephone: (916) 712-8962
E-mail: solomanlaw@yahoo.com

Attorney for Defendant
ISHU LAKRA

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NAVIN KHANNA, aka Lovin Khanna, TINU KHANNA, aka Gagan Khanna, DANIEL DOLAN, CHI MO, aka David Mo, WRIGHT LOUIS MOSLEY, ISHU LAKRA, TOU SUE VANG, ANDREW VANG, and MONICA MOUA,<br><br>　　　　　　　Defendants. | Case No.: 2:22-CR-0213 KJM<br><br>UNOPPOSED MOTION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL<br><br><br>Judge: Hon. Kimberly J. Mueller |

　　　　Defendant has been released on his own recognizance with the only travel restrictions being that he shall notify counsel of any travel outside the Eastern District of California or the Eastern District of North Carolina and to surrender his passport to United States District Court (Special Condition number five).  Defendant respectfully requests permission to travel outside the United States sometime between March 15, 2024, and April 15, 2024, to New Delhi, India, to visit his elderly parents. The defendant further requests permission to possess his passport for up to one week before and after the trip as necessary to facilitate this travel.

　　　　On October 20, 2022, Ishu Lakra was indicted on one count of conspiracy to transport property interstate in violation of 18 U.S.C. § 371.  He made arrangements to

travel from New Jersey and appear in court voluntarily for his initial appearance on December 19, 2022, and he was released on his own recognizance.

Mr. Lakra requests that his conditions of release be modified to state: "Your passport shall be released from the U.S. Clerk's office to defense counsel on March 8, 2024. You may travel to India any time between March 15, 2024, and remain there until any time up to April 15, 2024. You shall return to the United States (residence in North Carolina) no later than April 15, 2024. You are authorized to possess your U.S. Passport between March 8, 2024, and April 22, 2024. You shall return your passport to your attorney by April 22, 2024."

The United States has indicated that it does not oppose this request.

DATED: February 8, 2024                                             Respectfully submitted,

                                                       /S/ Tamara Soloman
                                                      TAMARA SOLOMAN
                                                      Attorney for Defendant
                                                      ISHU LAKRA

## **ORDER**

**IT IS SO ORDERED.**

DATED: February 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE